Scott **HEDGPETH**, Employee/Appellant,

v.

**NATIONAL SUPER MARKETS, INC.,** Employer/Respondent.

No. 69891.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 8, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 18, 1996.

Harry J. Nichols, St. Louis, for employee/appellant.

Randee E. Schmittdiel, St. Louis, for employer/respondent.

Before CRANE, P.J., and GERALD M. SMITH and KAROHL, JJ.

### ORDER

PER CURIAM.

Claimant appeals from the awards of the Labor and Industrial Relations Commission affirming as modified the final awards of the

Administrative Law Judge. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).